[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12225
Non-Argument Calendar
_____

D.C. Docket No. 8:11-cr-00553-VMC-AEP-12

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRANDI MARIE COOPER-MILLER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 22, 2014)

Before MARTIN, ROSENBAUM and ANDERSON, Circuit Judges.

PER CURIAM:

Daniel Daly, counsel for Brandi Cooper-Miller, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Cooper-Miller's conviction and sentence are **AFFIRMED.**